(135 So. 329)

## William A. JORDAN v. ORDER OF RAILWAY CONDUCTORS OF AMERICA et al.

### 6 Div. 893.

Supreme Court of Alabama.
June 11, 1931.

J. L. Drennen, of Birmingham, for appellant.

Bradley, Baldwin, All & White, of Birmingham, for appellees.

GARDNER, J.

This case is ruled by that of Shaup v. Grand International Brotherhood of Locomotive Engineers et al., ante, p. 202, 135 So. 327, this day decided, and on that authority the decree will be here affirmed.

Affirmed.

ANDERSON, C. J., and BOULDIN and FOSTER, JJ., concur.